IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ramsay, Sandra D | Case Number: 08 B 25004 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/03/09 | Filed: 9/19/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 18, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,724.00 |
| Trustee Fee: |  | 192.49 |
| Other Funds: |  | 783.51 |
| Totals: | 3,700.00 | 3,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,724.00 | 2,724.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Chase Manhattan | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 6. | Chase Automotive Finance | Secured | 10,150.00 | 0.00 |
| 7. | CitiFinancial Auto Credit Inc | Secured | 5,650.00 | 0.00 |
| 8. | Wilshire Credit Corp | Secured | 5,904.00 | 0.00 |
| 9. | Chase Manhattan | Secured | 16,800.00 | 0.00 |
| 10. | Countrywide Home Loans Inc. | Secured | 29,783.58 | 0.00 |
| 11. | Saxon Mortgage Services Inc | Secured | 20,783.00 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 65.00 | 0.00 |
| 13. | New Jersey Higher Education | Unsecured | 669.45 | 0.00 |
| 14. | American Express Centurion | Unsecured | 268.18 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 111.14 | 0.00 |
| 16. | Chase Automotive Finance | Unsecured | 826.08 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 26.27 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 128.53 | 0.00 |
| 19. | Primus Financial Services | Unsecured | 670.56 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 157.35 | 0.00 |
| 21. | American Family Financial Serv | Unsecured |  | No Claim Filed |
| 22. | AAA Credit Service | Unsecured |  | No Claim Filed |
| 23. | Credit Management Service | Unsecured |  | No Claim Filed |
| 24. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 25. | AT&T | Unsecured |  | No Claim Filed |
| 26. | Capital One | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Ramsay, Sandra D

Printed: 02/03/09

Case Number:  08 B 25004
Judge: Goldgar, A. Benjamin
Filed:  9/19/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Chase Manhattan | Unsecured | | No Claim Filed |
| 28. Sears / Citibank SD | Unsecured | | No Claim Filed |
| 29. CitiFinancial Auto Credit Inc | Unsecured | | No Claim Filed |
| 30. GEMB | Unsecured | | No Claim Filed |
| 31. Nicor Gas | Unsecured | | No Claim Filed |
| 32. LVNV Funding | Unsecured | | No Claim Filed |
| 33. Barry Serota | Unsecured | | No Claim Filed |
| 34. Merchants & Professional | Unsecured | | No Claim Filed |
| 35. Village of Dolton | Unsecured | | No Claim Filed |
| 36. Target National Bank | Unsecured | | No Claim Filed |
| | | $ 94,717.14 | $ 2,724.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 192.49 |
| | $ 192.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*